UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :

v.                                 :          Criminal Case No. 91-CR-0655-5

AGHA HASAN ABEDI,                  :

Defendant.                         :

**FILED**
**JUN 16 2009**
Clerk, U.S. District and
Bankruptcy Courts

## UNOPPOSED MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT

The United States of America, by and through its undersigned attorney, respectfully moves the Court to dismiss the indictment and to quash the arrest warrant issued in this case. The bases of this Motion are set forth below.

1. On November 15, 1991, a federal grand jury in the District of Columbia returned an indictment against, inter alia, the defendant, Agha Hasan Abedi, charging him with violations of the conspiracy offense, 18 U.S.C. § 371, the wire fraud offense, 18 U.S.C. § 1343, and the racketeering and corrupt organizations (RICO) offense, 18 U.S.C. §§ 1962(d) and 1963.

2. On November 15, 1991, United States Magistrate Alan Kay issued a bench warrant for the defendant.

3. On January 15, 1993, a federal grand jury in the District of Columbia returned a superseding indictment against, inter alia, the defendant, Agha Hasan Abedi, charging him with violations of the conspiracy offense, 18 U.S.C. § 371, the wire fraud offense, 18 U.S.C. § 1343, and the racketeering and corrupt organizations (RICO) offense, 18 U.S.C. § 1962(d).

4. On August 6, 1995, the New York Times reported that the defendant had died on August 5, 1995 in the Aga Khan Hospital in Karachi, Pakistan. Subsequently, in response to an August 26, 1997 order by United States District Judge Joyce Hens Green, the United States filed

a memorandum reporting that on September 5, 1995, Dr. Yusuf Kamal Hirza of the Aga Khan University Hospital sent a letter to the Regional Security Office at the United States Consulate in Karachi, Pakistan. In that letter, Dr. Hirza stated that the defendant had died at 5:25 p.m. on August 5, 1995 at that hospital.

5. On November 10, 1997, in further response to the August 26, 1997 order, the United States filed a supplemental memorandum reporting that the United States Government, by a formal diplomatic note to the Ministry of Foreign Affairs of the Islamic Republic of Pakistan, formally requested a certified copy of the death certificate of the defendant or any documentation of the defendant's death that would be legally acceptable in Pakistan. To date, the United States Government has never received any response to that diplomatic note or any other materials from the Government of Pakistan that would authoritatively prove that the defendant had died.

6. After reviewing this matter, the United States has concluded that, absent a certified copy of the defendant's death certificate or other authoritative proof of his death, it should presume that the defendant has in fact died. Accordingly, the United States respectfully requests that the case be dismissed and that the outstanding bench warrant be quashed.

7. The Federal Public Defender has authorized government counsel to represent that the defense does not oppose this motion.

8. The case now is assigned to the Honorable Deborah A. Robinson. Accordingly this filing is being submitted to Judge Robinson.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted and that the indictment in this case

be dismissed with respect to defendant Agha Hasan Abedi without prejudice and that the arrest warrant in this case be quashed.

>Respectfully submitted,
>
>STEVEN A. TYRRELL
>Chief, Fraud Section
>Criminal Division
>United States Department of Justice
>
>BY: _____
>JONATHAN J. RUSCH
>Deputy Chief
>D.C. Bar No. 305603
>1400 New York Avenue, N.W., Room 4414
>Washington, D.C. 20350
>(202) 514-0631
>Jonathan.Rusch2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing motion and accompanying proposed order to be hand delivered on June 16, 2009 to A.J. Kramer, Federal Public Defender for the District of Columbia.

>_____
>JONATHAN J. RUSCH
>Deputy Chief, Fraud Section
>Criminal Division
>United States Department of Justice