AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>BCCI HOLDINGS (LUXEMBOURG), S.A., et al<br>*Defendant* | )<br>)<br>) Case No. 91-cr-00655-JHG<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                             .

Date:   03/16/2026

/s/ Laura Connelly
*Attorney's signature*

Laura Connelly (DC Bar No. 241537)
*Printed name and bar number*

1400 New York Ave., NW
Washington, DC 20005

*Address*

laura.connelly@usdoj.gov
*E-mail address*

(202) 307-1423
*Telephone number*

(202) 514-3708
*FAX number*